NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERIC FLORES,**

*Plaintiff-Appellant*

**CYNTHIA LORENZA FLORES, JAVIER VENSOR FLORES, ANDY FLORES, STEVEN FLORES, MICHAEL RENE FLORES, EVANGELINA SALAS MENDOZA, JORGE SALAS,**

*Plaintiffs*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2023-1243

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00110-GWM, 1:11-cv-00127-GWM, Chief Judge Elaine Kaplan.

---

**O R D E R**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                    FLORES V. US

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

March 14, 2023                    /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                  Clerk of Court

**ISSUED AS A MANDATE:** March 14, 2023